565 A.2d 158

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Doug MANNING.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1989.

Decided Nov. 1, 1989.

John A. Reilly, Dist. Atty., Sandra L. Elias, Chief, Law & Appeals Unit, for appellant.

Timothy J. Gorbey, Philadelphia, for appellee.

104

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.